**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00290-CV

### ARLIS D. WILLIAMSON, INDIVIDUALLY, ET AL., Appellants

### V.

### STELLAR RESTORATION SERVICES, LLC, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04256-2015**

## ORDER

We **GRANT** appellee's June 29, 2016 agreed motion for an extension of time to file a brief and extend the time to **JULY 15, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/    CRAIG STODDART
JUSTICE